

# Fourth Court of Appeals
## San Antonio, Texas

December 16, 2015

No. 04-14-00783-CR

Joseph Thomas **GABAY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5442
Honorable N. Keith Williams, Judge Presiding

# O R D E R

On November 20, 2015, we ordered the trial court to make supplemental findings of fact and conclusions of law on four specific issues relating to appellant's motion to suppress. Appellant has filed a motion asking the court to recall our order.

We deny the motion. *See State v. Elias*, 339 S.W.3d 667, 676 Tex. Crim. App. 2011) (holding court of appeals may not imply findings from trial court's failure to make a finding on a specific issue; instead, court of appeals must remand to trial court for entry of additional, specific findings of fact with respect to dispositive issues).

The trial court is not to hear or consider additional evidence. The supplemental findings and conclusions requested in our November 20 order must be based on the record before the trial court at the time of its ruling. A supplemental clerk's record with the supplemental findings and conclusions remains due December 20, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of December, 2015.



Keith E. Hottle
Clerk of Court